JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVO INC. d/b/a PHYSIQUE 57, a New York corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>BARRE PHYSIQUE LLC, a California corporation, and DOES 1-10, inclusive<br><br>     Defendants. | Case No.: CV 08-06315 R-CWx<br><br>**JUDGMENT**<br><br>HONORABLE: Manuel R. Real |

  Pursuant to the stipulation entered into by and among Plaintiff/Counterclaim Defendant Jevo, Inc. ("Jevo"), by and through its counsel of record and Defendant/Counterclaimant Barre Physique, LLC ("Barre"), by and through its counsel of record, IT IS HEREBY ORDERED that the Counterclaim filed by Barre is dismissed without prejudice.

  This shall also constitute Judgment pursuant to this Court's Order dated February 23, 2010 granting summary judgment as to all claims asserted by Jevo against Barre through its First Amended Complaint ("Complaint"). IT IS HEREBY ORDERED, ADJUDGED AND DECREED that summary judgment is granted in favor of Barre, that Jevo shall take nothing on its Complaint, and that Jevo's action is dismissed on the merits.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Barre is awarded its costs.

Dated: March 15, 2010

_____
Manuel L. Real
Judge of the United States District Court